NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  HERA WIRELESS S.A., SISVEL UK LIMITED,**

*Appellants*

---

2020-1894

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01700, IPR2018-01701, IPR2018-01702.

---

## JUDGMENT

---

TIMOTHY DEVLIN, Devlin Law Firm, Wilmington, DE, argued for appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2021          /s/ Peter R. Marksteiner
      Date                 Peter R. Marksteiner
                           Clerk of Court